NICOLE BEVERLY SILVERBERG
5725 S Valley View Blvd STE 5 PMB 523398
Las Vegas, Nevada 89118-3122
Ph: 415-278-1046
Plaintiff, In Proper Person

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE BEVERLY SILVERBERG, | Case No.: 2:25-cv-02197-GMN-EJY |
| Plaintiff, | **PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; JURY TRIAL DEMANDED** |
| v. | |
| SANFORD HOWARD BARSKY | |
| Defendant. | |

**EXHIBIT A**—Stipulated Decree of Divorce (Clark County, Nevada, Case No. D-20-600860-D)

Electronically Filed
10/24/2022 9:36 AM
CLERK OF THE COURT

1  DEC
2  The Law Offices of Patrick Driscoll
   PATRICK R. DRISCOLL JR., ESQ.
3  Nevada Bar No. 010877
4  2470 St. Rose Parkway Suite 105
   Henderson, NV 89074
5  Telephone: (702) 388-8300
6  Facsimile: (702) 664-6358
7  Email:pdriscoll@patrickdriscolllaw.com
   Counsel Plaintiff
8

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| NICOLE SILVERBERG | Case No.: D-21-621876-S |
| Plaintiff | Dept. No.: R |
| vs. | |
| SANFORD BARSKY | |
| Defendant | |

### STIPULATED DECREE OF DIVORCE

This matter having come on before the above-entitled Court following a stipulation by the parties after the Plaintiff ("Plaintiff", "Wife", or "Nicole") filed a Complaint for Divorce February, 17, 2021, In Las Vegas, Nevada and the Defendant ("Defendant", "Husband", or "Sanford") filed an Answer and Counterclaim on May 17, 2021, with Defendant appearing through his counsel of record, Patrick R. Driscoll Esq., and Plaintiff appearing through her counsel of record, Donn W. Prokopius, Esq., the parties having reached a resolution on all

matters and having stipulated to the Marital Settlement Agreement and Stipulated Decree of Divorce, and the cause having been submitted to the Court for decision and judgment, and the Court being fully advised as to the law and facts of the case, and after reviewing the papers and pleadings on file herein, hereby Finds and Orders as follows pursuant to the stipulation of the parties:

1. That the Court has complete jurisdiction in the premises, both as to the subject matter thereof as well as the parties hereto.

2. That the parties are now, and have been, actual and bona fide residents of Clark County, Nevada, and have been actually domiciled therein for more than six weeks immediately preceding the commencement of this action.

3. That the parties were married on or about January 27, 2017, in Las Vegas, Nevada, there are no children the issue of this marriage.

4. That Plaintiff is not pregnant, and the parties have not adopted any other children.

5. That the parties have reached a full and final financial agreement as set forth herein.

6. That there is separate property and debts that should be adjudicated by this Court as detailed herein.

7. That there are community property and debts that should be adjudicated by this Court as detailed herein.

8. That there are alimony agreements that should be adjudicated by this Court as detailed herein.

9. That the Plaintiff did not change her name and that there is no need for her to revert to a former name.

10. That each party shall be responsible for their own attorney's fees and costs.

11. That the Parties should be granted an absolute Decree of Divorce; and

12. That the Parties have undertaken extensive settlement negotiations, and having reached a full and final settlement, and pursuant to EDCR 7.50, these parties knowingly waived their right to written Findings of Fact and Conclusions of Law, and hereby stipulate and agree as follows:

**THEREFORE, AND GOOD CAUSE APPEARING:**

**IT IS STIPULATED AND THEREFORE ORDERED, ADJUDGED, AND DECREED** that the bonds of matrimony now and heretofore existing between Husband and Wife be dissolved, set aside and forever held for naught, and an absolute Decree of Divorce is hereby granted and each of the parties hereto is hereby restored to the status of a single, unmarried person.

**IT IS FURTHER STIPULATED AND THEREFORE ORDERED, ADJUDGED, AND DECREED** that the parties have reached an agreement as to the property of the parties' debts of the parties, and alimony as outlined in their

Marital Settlement Agreement, attached hereto and the entirety of which is incorporated herewith by this reference and which shall be merged with these findings and Orders in this Decree of Divorce.

**IT IS FURTHER STIPULATED AND THEREFORE ORDERED, ADJUDGED, AND DECREED** that each party shall pay their own attorney's fees.

**IT IS FURTHER STIPULATED, ORDERED, ADJUDGED, AND DECREED** that the parties waive their respective rights to formal Findings of Facts and Conclusions of Law and their respective rights to appeal this Decree of Divorce.

**IT IS FURTHER STIPULATED AND THEREFORE ORDERED, ADJUDGED, AND DECREED** The parties further stipulate that the provisions in this Decree are fair and reasonable and the parties agree to be bound by all its terms. The parties further acknowledge that they have made an independent investigation into the existence and value of the assets and the liabilities divided hereunder, and the tax consequences, if any, and that upon the Plaintiff's and Defendant's direction; Patrick Driscoll, Esq. nor Donn Prokopius, Esq, did not conduct an investigation or analysis of said assets and liabilities. Both parties hereby waive any and all claims against said attorney related to the value and/or existence of any asset or debt divided hereunder or the consequences resulting therefrom. The parties further acknowledge that they did not receive tax advice

from Patrick Driscoll Donn W. Prokopious and the parties have been advised to seek the advice of a tax expert for any tax related questions they may have.

**IT IS FURTHER STIPULATED AND THEREFORE ORDERED ADJUDGED AND DECREED** that should it be discovered that there is any assets, real, personal, or mixed, or any interest in any securities or other such intangible property, not herein disposed of, then, upon discovery of the existence of the same, Plaintiff and/or Defendant, shall be entitled to one-half interest therein or his or her community interest, the same to be disposed of, and the proceeds divided equally; or at the option of the one who possess the same, to pay the other for his or her on-half interest or community property share therein.

**IT IS FURTHER STIPULATED, ORDERED, ADJUDGED AND DECREED** that except as specifically specified herein, each party hereto is released and absolved from any and all obligations and liabilities for future acts and duties of the other, and except as specified herein, each of the parties hereby releases the other from any and all liabilities, debts or obligations of every kind or character incurred up to this date.

**IT IS FURTHER STIPULATED AND THEREFORE ORDERED, ADJUDGED AND DECREED** that each party shall indemnify and hold the other party harmless from any and all liability arising from any credit card or account currently held in his or her sole and separate name, but which may create a

community obligation as a result of the marital status of the parties, neither shall any party hereinafter incur any debt or obligation in the name of or against the other, and each party shall pay all Debts incurred by him or her after the date of this Decree and shall defend, indemnify, and hold the other party harmless from and against any liability therefor.

**IT IS FURTHER STIPULATED AND THEREFORE ORDERED, ADJUDGED, AND DECREED** that parties shall dissolve all existing wills and trusts, and may designate new beneficiaries.

**IT IS FURTHER STIPULATED AND THEREFORE ORDERED, ADJUDGED, AND DECREED** that each party will pay their own attorney's fees.

**IT IS FURTHER STIPULATED AND THEREFORE ORDERED, ADJUDGED, AND DECREED** that the parties waive their respective rights to formal Findings of Facts and Conclusions of Law and their respective rights to

. . .
. . .

appeal this Decree of Divorce.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that THIS IS A FINAL DECREE.**

Dated this 24th day of October, 2022

*Bill Henderson*

61B CD8 6E1C 3B37
Bill Henderson
District Court Judge

Respectfully submitted by:

/s/
DONN W. PROKOPIUS, ESQ.
Nevada Bar No.: 6460
3407 w. Charleston Blvd
Las Vegas, Nevada 89102
Telephone: (702) 4740500
*Attorneys for Plaintiff*

Respectfully submitted by:

PATRICK R. DRISCOLL, ESQ.
Nevada Bar No.: 10877
2470 St. Rose Pkwy, Suite 105
Henderson, NV 89074
Telephone: (702) 388-8300
Facsimile: (702) 644-6358
pdriscoll@patrickdriscolllaw.com
*Attorney for Defendant*